## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEPHEN CODY-HASSAN                                                                            PLAINTIFF
ADC # 146160

v.                                             1:14CV00049-JM-JJV

WILLIAM WIESENBACH, JR.; *et al.*                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 1) is DENIED.

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

3. If Plaintiff wishes to pursue this case, he should submit within thirty (30) days of this Order: (a) the statutory filing fee of $400, in full, to the Clerk, noting the case style and number; and (b) a motion to reopen the case.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 3rd day of June, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE